IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LINDSAY BOWES**                                                                                  **PLAINTIFF**

V.                                                        **4:20CV00170 JM**

**AMCARE SENIOR LIFE PARTNERS, INC.**                                  **DEFENDANT**

## ORDER

    Pending is Plaintiff's motion for a ruling. (Doc. No. 13).   On March 4, 2021 the parties filed a joint motion for approval of settlement.   On May 5, 2021 the Court granted the motion in part approving the settlement agreement but denying the request for fees.   The Court directed the Plaintiff to submit a separate motion for attorney's fees which include the itemized billing records.   The Plaintiff did not file a separate motion as directed.   Instead, on May 14, 2021, the parties filed a joint stipulation of dismissal.  Because a joint stipulation by both parties does not require action by the Court, the Clerk closed the case.  Plaintiff now seeks a ruling arguing that she does not seek approval by the Court as to their fee agreement and requesting an order dismissing the case with prejudice. Plaintiff's counsel is well aware that this Court considers approval of the fee agreement to be required in FSLA actions.   Plaintiff's motion for a ruling is DENIED.

    As previously ordered, Plaintiff is directed to file a motion for approval of attorney's fees including their billing records.   Plaintiff is also directed to provide evidence of their settlement negotiations.

    IT IS SO ORDERED this 14th day of September, 2022.

                                                                                                   _____
                                                                                                James M. Moody Jr.
                                                                                                United States District Judge