**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LINDSAY BOWES**                                                                    **PLAINTIFF**

**V.**                                          **4:20CV00170 JM**

**AMCARE SENIOR LIFE PARTNERS, INC.**                              **DEFENDANT**

<u>**ORDER**</u>

Pending is Plaintiff's motion for approval of settlement of attorneys' fees and costs and for dismissal with prejudice.    (Docket #15).

The parties submitted the necessary documents for me to review the settlement negotiations, and I have looked through them.    Based on the submitted correspondence, once liability was finalized, the fees issue was separately resolved.

Accordingly, the motion to approve settlement of attorneys' fees and costs, in the amount of $5,000.00, and for dismissal with prejudice (Docket #15) is GRANTED.    The approval of the settlement in no way reflects this Court's opinion as to the appropriateness or reasonableness of the amount of fees agreed to by the parties. The case is DISMISSED WITH PREJUDICE, subject to the term of the settlement agreement.

IT IS SO ORDERED this 15th day of February, 2023.

_____
James M. Moody Jr.
United States District Judge

1